**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| Country | Status of loss-of-citizenship services | Comments |
|---------|------------------------|----------|
| Afghanistan | Suspended | From the website:<br><br>The U.S. Embassy in Kabul suspended operations on August 31, 2021. While the U.S. government has withdrawn its personnel from Kabul, we will continue to assist U.S. citizens and their families in Afghanistan from Doha, Qatar. We will also continue our efforts to help Lawful Permanent Residents, as well as the many Afghans who have stood with us over the years, who are seeking to leave Afghanistan.<br><br>Our commitment to the people of Afghanistan is enduring. We will continue to press for an orderly transition of power to an inclusive government with broad support and that respects the rights of all of its citizens, including women and minorities. We will use every diplomatic, economic, political, and assistance tool at our disposal to uphold the basic rights of all Afghans; support continued humanitarian access to the country; and ensure the Taliban honors its commitments. |
| Argentina | Suspended | Response to e-mail inquiry:<br><br>Dear Fabien Lehagre,<br>Thank you for your contacting us. Due to the COVID-19 crisis, renunciation services have been suspended. Unfortunately, we do not have an estimate time of resume operations.<br>Updates will be posted only through official Embassy channels. Please visit our website and follow us on Facebook (@ACSBuenosAires) and Twitter (@USEmbArgentina).<br>Sincerely,<br>American Citizen Services Unit-EA<br>U.S. Embassy Buenos Aires - Argentina |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Armenia | Suspended | From website:<br><br>The Consular Section of the U. S. Embassy in Yerevan provides a variety of services for U.S. citizens. There are two units in the Consular Section: the U.S. Citizen Services Section and the Visa Section.<br><br>Due to the current situation related to COVID-19, American Citizen Services is providing emergency services only beginning Monday, March 23, 2020. Until further notice, all U.S. citizens requiring assistance should schedule their appointments via email. Please send an email to ACSYerevan@state.gov and include "appointment request" in the email subject line. In the email, please include your first and last name as it appears on your passport, your contact information, and the service requested. |
| Bahamas | Suspended | Response to e-mail inquiry:<br><br>Hello and good afternoon,<br>Thank you for your email but unfortunately we are not providing services for loss of nationality at this time.  We do not have a fixed date for resumption of this service. |
| Barbados | Suspended | Response to e-mail inquiry:<br><br>Good Afternoon:<br>Thank you for your query.<br>The United States Embassy in Barbados resumed limited routine American Citizen Services on April 21, 2021.<br>Passport Services, Consular Reports of Birth Abroad as well as Notarial Services are being provided -  by appointment only  .<br>However, at this time, there are no appointments scheduled for Renunciation Services.<br>Kind regards,<br>ACS Unit / da<br>US Embassy Bridgetown, Barbados |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Belarus | Suspended | Response to e-mail inquiry<br><br>Currently, our U.S. citizen service are limited and include only U.S. passports renewals and documenting new born U.S. citizens. We also offer certain urgent notarial services. Unfortunately, we do not offer renunciation service at this time. Please follow our website for updates.<br>Sincerely,<br>Consular Section<br>U.S. Embassy Minsk |
| Benin | Suspended | Response to e-mail inquiry:<br><br>Greetings from Consular section,<br>Thank you for your email and information. The United States Embassy in Cotonou, Benin, is closed for all but emergency services, including notarial services.<br>Unfortunately, we are not currently accepting appointments for renunciation of citizenship . We advise that you continue to monitor our website for an appointment<br>Should you require any further information, please do not hesitate to contact us.<br>*NOTE: For faster service, you can now email directly to the American Citizen Services section at, acscotonou@state.gov.<br>Respectfully,<br>American Citizen Services<br>U. S. Embassy<br>Cotonou, Benin |
| Bermuda | Suspended | From website:<br><br>Please note: The U.S. Consulate is not currently accepting appointments for Loss of Nationality applications.  We will update this website when services resume. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Burundi | Suspended | Response to e-mail inquiry:<br><br>Mr. Lehagre,<br>We do not have appointments open at this time.  Due to Covid 19 and staffing restrictions, we are currently unable to provide regular consular services, including passports, reports of birth abroad, and notary services.  We will open regular appointments as soon as possible and recommend that you continue to monitor our website for changes to this guidance.<br>Regards,<br>American Citizen services<br>Consular Office<br>U.S. Embassy Bujumbura |
| Cambodia | Suspended | Response to e-mail inquiry:<br><br>Hi Fabien,<br>Thanks for your inquiry.  Unfortunately, at this time, due to COVID-19 restrictions, the U.S. Embassy in Phnom Penh is unable to facilitate citizenship renunciations.  Thank you for your understanding.<br>Best regards,<br>American Citizen Services (SC)<br>U.S. Embassy Phnom Penh |
| Costa Rica | Suspended | Response to e-mail inquiry:<br><br>Hello,<br>At this time, our office continues assisting with emergency services and limited appointments due to Covid-19 pandemic health and safety protocols.  We will have no appointments available for renunciation of U.S. citizenship until we resume normal operations. You may check the website for any updates in the next few months.  https://cr.usembassy.gov/u-s-citizen-services/ |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| | | Sincerely,<br>ACS San Jose |
| Cyprus | Suspended | Response to e-mail inquiry:<br><br>We cannot currently offer renunciations as our routine ACS services are still suspended.<br>Sincerely,<br>ACS Nicosia<br>aa |
| Czech Republic | Suspended | From website:<br><br>**IMPORTANT INFORMATION**<br>Due to limited staffing and resources during the COVID-19 outbreak, the U.S. Embassy in Prague is unable to accept appointments for Loss of Nationality applications. We cannot provide a timeframe but will update this website when services can resume. |
| Denmark | Suspended | From website:<br><br>Important Update: June 16, 2020 – The U.S. Embassy is closed for loss of nationality services due to COVID-19. We do not have a definitive date for the resumption of loss of nationality appointments. Check this page often for the most up-to-date information. We are not scheduling loss of nationality appointments at this time. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Equatorial Guinea | Suspended | Response to e-mail inquiry:<br><br>Good afternoon,<br>Please be advised that we are not currently accepting appointments for this act.  You should review the information about what you need to do to renounce your citizenship.  Please follow us on Facebook and Twitter for a time we will be open for this service. |
| Estonia | Suspended | Response to e-mail inquiry:<br><br>Hello,<br>Thank you for writing to us but unfortunately it is not possible to have renunciation done at the Embassy in Tallinn at the moment.<br>Consular Section<br>U.S.Embassy Tallinn |
| Eswatini | Suspended | Response to e-mail inquiry:<br><br>At the moment, we are fully booked.  Have you reached out to embassies and consulates in your general area? |
| Finland | Suspended | Response to e-mail inquiry:<br><br>Renunciations<br>We are not scheduling renunciation appointments.<br>We do not have an estimated date for the resumption of this service.<br>Best, US consulate. |
| France | Suspended | From website:<br><br>Due to COVID-19, renunciation services are suspended until further notice. We apologize for the inconvenience. |
| Georgia | Suspended | From website: |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

|  |  |  |
|---|---|---|
|  |  | Note: Renunciation of citizenship appointments are not currently available. We will resume services as soon as possible but are unable to provide a specific date. Please continue to check this website for updates. |
| Germany | Suspended | From website:<br><br>Due to limited staffing and resources during to the COVID-19 outbreak, the U.S. Consulate General in Frankfurt, Germany is unable to accept appointments for Loss of Nationality applications. We cannot provide a timeframe for when this service will resume, but will update this website when services can resume. |
| Ghana | Partially suspended | Good morning,<br>Thank you for your email.  At the moment, we are only able to offer this service to Ghanaian citizens and legal residents.<br>Sincerely,<br>American Citizen Services<br>Consular Section<br>U.S. Embassy Accra |
| Greece | Suspended | Dear Mr. Lehagre:<br>Thank you for your email.<br>Currently, the U.S. Embassy in Athens is not accepting appointments for Loss of Nationality Services.  Unfortunately, we cannot provide a timeframe for when we will resume this service but will update this website as information becomes available. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Guyana | Suspended | Good morning.<br>Thank you for your inquiry.<br>We at the American Citizen Services Unit, U.S Embassy Georgetown, Guyana are not yet accepting appointments for renunciations, due to COVID-19 restrictions and mandatory reductions to our staffing pattern.<br>Please know we regularly evaluate our appointment offerings and the services we provide. Further, when we do resume appointments for renunciations, these services will be available for nationals of our jurisdiction (Guyana, Suriname, French Guyana, and Cuba) and will not be open for third country nationals.<br>Sincerely<br>American Citizen Services Unit<br>U.S. Embassy, Georgetown |
| Honduras | Suspended | Response to e-mail inquiry:<br><br>Dear Mr. Lehagre,<br>Due to the COVID-19 we are experiencing a high volume of requests for our services, and subsequently have limited availability for appointments, until further notice. Please note that a request for renunciation of US citizenship does not fall under the emergency category.<br>Persons who wish to renounce U.S. citizenship should be aware of the fact that renunciation of U.S. citizenship may have no effect on their U.S. tax or military service obligations (contact the Internal Revenue Service or U.S. Selective Service for more information). In addition, the act of renouncing U.S. citizenship does not allow persons to avoid possible prosecution for crimes which they may have committed or may commit in the future which violate United States law, or escape the repayment of financial obligations, including child support payments, previously incurred in the United States or incurred as United States citizens abroad.<br>Regards,<br>American Citizen Services \| Servicios a ciudadanos de EE. UU.<br>United States Embassy \| Embajada de los Estados Unidos<br>Tegucigalpa, Honduras, C.A. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Hungary | Suspended | Response to e-mail inquiry:<br><br>Dear Mr. Lehagre,<br>Thank you for your inquiry.<br>We are planning to open up some appointments for renunciations in the near future for residents of Hungary.  We promise to let you know as soon as appointments are available.<br>Thank you for your patience.<br>Kind Regards,Section for an appointment, at +36-1-475-4164 |
| Iceland | Suspended | |
| Iraq | Suspended | |
| Ireland | Suspended | From website:<br><br>The U.S. Embassy in Dublin is currently unable to accept requests for Loss of Nationality appointments.  Please periodically check this website for further updates on when the Embassy will be able to accept requests. |
| Israel | Suspended | From website:<br><br>Currently, renunciation services have been suspended and we are unable to schedule any appointments for this service.  For further updates as the situation changes, please check our website regularly.  We will resume loss of nationality services at a later date, but we cannot predict when this will occur. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Jamaica | Suspended | Response to e-mail inquiry:<br><br>Good day,<br>Unfortunately we presently are unable to schedule renunciation appointments due to the current high numbers of COVID cases in Jamaica. We are unable to assist at this time. When we resume services, we will only be able to assist those residing in Cayman Islands and Jamaica.<br>Regards<br>American Citizen Services Unit<br>U.S. Embassy, Kingston |
| Japan | Partially Suspended | Response to e-mail inquiry:<br><br>Dear Customer,<br>Thank you for your inquiry.<br>This is U.S. Embassy Tokyo's Passport Unit.<br>Appointments for loss of nationality (renunciation) are fully booked till the end of February.<br>To start with, please submit an online form from the link below.<br>https://japan2.usembassy.gov/e/acs/tacs-form-loss-citizenship.html<br>Other unit in charge will contact you soon. |
| Kenya | Suspended | Response to e-mail inquiry:<br><br>Good morning,<br>Due to COVID-19, the U.S. Embassy Nairobi Consular Section has temporarily restricted some routine consular processing in accordance with Department of State worldwide regulations and Government of Kenya guidelines. We are unable to schedule Renunciation of U.S. citizenship at this time. We do not have any indication for when this service will resume.<br>U. S. Embassy Nairobi strongly recommends that U.S. Citizens and nationals enroll in STEP, the Smart Traveler Enrollment Program, at https://step.state.gov/step/. STEP enrollees receive important information from the Embassy about health conditions, safety alerts, and travel updates. We will send out a message when we are able to proceed with routine consular processing.<br>Regards, |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| | | American Citizen Services<br>U.S Embassy Nairobi |
| Kosovo | Suspended | Response to e-mail inquiry:<br><br>Dear Mr. Lehagre-<br>We are not currently doing renunciation services. We hope to resume them by the end of the year.<br>Pristina ACS |
| Latvia | Suspended | Response to e-mail inquiry:<br><br>Thank you for your inquiry. The U.S. Embassy in Riga has not restarted renunciation appointment scheduling. If/when restarted, we will schedule only those U.S. citizens, who are residents in Latvia. |
| Liberia | Suspended | Response to e-mail inquiry:<br><br>Fabien,<br>At this time due to resource constraints, US Embassy Monrovia will not be able to assist you at this time on your request.<br>Thank you,<br>American Citizen Services (ACS) Unit/MM<br>U.S. Embassy Monrovia, Liberia |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Luxembourg | Suspended | Response to e-mail inquiry:<br><br>Please note: Two appointments at the Embassy are necessary if you wish to renounce your U.S. citizenship at the U.S. Embassy in Luxembourg.<br><br>Currently, we have not resumed routine services, and are therefore unable to offer renunciation interviews. |
| Madagascar & Comoros | Suspended | Response to e-mail inquiry:<br><br>Greetings,<br>Thank you for your email.<br>Unfortunately, we aren't accepting renunciation appointments at the moment due to COVID. And normally, the person should be resident in the Consular District to obtain an appointment for renunciation. However, Madagascar borders are still closed. |
| Malawi | Suspended | Response to e-mail inquiry:<br><br>Dear Fabien,<br>Thank you for your email. We are not providing these services at the moment, it is unclear when we will resume our routine consular services.<br>Regards,<br>Consular Section,<br>U.S. Embassy Lilongwe. |
| Malaysia | Suspended | Response to e-mail inquiry:<br><br>Due to the entry restrictions in place, we are not able to offer appointments to U.S. citizens located outside of Malaysia until they can share confirmation from Malaysian Immigration that they have received permission to enter Malaysia.<br>Please also note that routine Consular Services, including renunciation of U.S. citizenship, are suspended due to the Movement Control Order currently in effect in Malaysia.  You may monitor the status of Consular Services on our COVID-19 page here: https://my.usembassy.gov/covid-19- |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| | | information/<br>We hope this information is helpful to you. |
| Maldives | Suspended | Response to e-mail inquiry:<br><br>Dear Sir/Madam,<br>Please note that it's possible to renounce your citizenship at the Embassy, Colombo if you are a resident in Sri Lanka. However there are no appointments issued currently due to the lockdown. You can make an appointment online once the lockdown is lifted.<br>Thank you<br>American Citizen Services<br>U.S. Embassy 210 Galle Road Colombo 3 |
| Malta | Suspended | From website:<br><br>Please note that at this time, Embassy Malta is not conducting renunciations/ loss of nationality. |
| Mexico | Suspended | |
| Moldova | Suspended | From website:<br><br>The U.S. Embassy in Chisinau remains unable to resume renunciation services due to the local COVID situation.  We will resume routine services as soon as possible but are unable to provide a specific date.  If you reside in our consular district and you have any questions, please contact us at ChisinauACS@state.gov . |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Montenegro | Suspended | Response to e-mail inquiry:<br><br>Dear Mr. Lehagre,<br>Unfortunately, due to the deteriorating epidemiological situation in Montenegro and to prevent the spread of COVID-19, the U.S. Embassy does not process renunciation cases.<br>Best regards,<br>Consular Section<br>US Embassy Podgorica |
| Belgium | Partially suspended | Response to e-mail inquiry:<br><br>Dear Fabien Lehagre,<br>The US Embassy in Brussels is accepting renunciation applications for Belgian Resident only.<br>Please check the website for more info and what documents you need to send by email to start the process.<br>Kind Regards,<br>ACS - Consular Section<br>Embassy of the United States of America<br>25, Boulevard du Régent – 1000 Brussels |
| Morocco | Partially suspended | Response to e-mail inquiry:<br><br>Good morning,<br>The U.S. Consulate General is currently open for limited services due to the COVID-19 pandemic. The Department of State has limited the services each Consular Unit can provide depending on the current pandemic conditions in the host country.  For the U.S. Consulate General in Casablanca, we are not yet able to conduct interviews for loss of citizenship for U.S. citizens not currently resident in Morocco.  We regret the inconvenience.<br>Regards,<br>ACS Casablanca |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| New Zealand | Suspended | Response to e-mail inquiry:<br><br>Thank you Fabien for contacting us regarding your interest in relinquishing or renouncing your U.S. citizenship.  Due to current level settings for Auckland, our office remains closed, and we will not be scheduling any renunciations appointment until we are Alert Level 1. |
| Nicaragua | Suspended | Response to e-mail inquiry:<br><br>Good morning Mr. Lehagre,<br>Thank you for contacting the American Citizen Services Unit.<br>Please note that the service is suspended due the pandemic. We are not planning to offer that service anytime soon. |
| North Macedonia | Suspended | Response to e-mail inquiry:<br><br>At this moment we are not accepting or processing renunciation requests.<br>Sincerely,<br>American Citizen Services Unit<br>U.S. Embassy Skopje, North Macedonia |
| Norway | Suspended | Response to e-mail inquiry:<br><br>Dear Mr. Lehagre,<br>Due to the current COVID-19 situation we are closed for renunciation appointments until further notice. We currently have a long waiting list to obtain an appointment when we reopen. We do not know at this point when we will be able to reopen.<br>When we reopen some time in the future, we will assist U.S. citizens residing in Norway. If you reside outside of Norway, please contact the Embassy in your country of residence.<br>If you reside in Norway, please contact us for more information. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Palau | Suspended | Response to e-mail inquiry:<br><br>Hello Lehagre,<br>Thank you for your email.<br>US Embassy Koror's consular services are temporarily suspended until further notice.<br>Regards,<br>Consular Section |
| Paraguay | Suspended | Response to e-mail inquiry:<br><br>Good morning Mr. Lehagre,<br>Thank you very much for your email. Due to the current sanitary conditions in Paraguay, we are not currently scheduling appointments for renunciation of U.S. Citizenship. At the moment there is still no approximate date in which we will resume renunciation services<br>Best regards, |
| Portugal | Suspended | Response to e-mail inquiry:<br><br>Dear Sir/Madam<br>Yes, however renunciation services are still suspended. |
| Romania | Suspended | Response to e-mail inquiry:<br><br>Dear Mr. Lehagre,<br>Thank you for your email. At this time we do not process citizenship renunciation requests. Unfortunately, we do not have a timeframe when these type of services resume.<br>Sincerely,<br>American Citizen Services/AN |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Russia | Suspended | Response to e-mail inquiry:<br><br>Good evening – sorry, but we are not processing renunciations.<br><br>U.S. Embassy Moscow |
| San Marino | Suspended | Response to e-mail inquiry:<br><br>Good Morning,<br>If you need to provide to your bank the ITIN/Social security number, so that they do not close your bank account, please write to the federal benefits unit at fbu.rome@ssa.gov<br>Regarding renouncing your US citizenship, unfortunately, we have temporarily suspended this service, for an indefinite period of time. We will add you to our waitlist and will reach out to you. Thank you for your patience and understanding.<br>Best,<br>American Citizens Services<br>U.S. Consulate General Florence |
| Saudi Arabia | Suspended | Response to e-mail inquiry:<br><br>Greetings,<br>Thank you for your inquiry. We are currently not processing renunciation applications, you may contact us again after two months.<br>Regards,<br>ACS Team<br>American Citizen Services<br><br>Embassy of the United States | Riyadh, Saudi Arabia |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Senegal | Suspended | Response to e-mail inquiry:<br><br>Thank you for contacting the US Embassy in Dakar. At this time our services remain limited due to the ongoing COVID 19 pandemic and we are not offering the service you request. |
| Singapore | Suspended | From website:<br><br>Due to current COVID-19 response measures, U.S. Embassy Singapore has temporarily suspended loss-of-nationality services. For more information, or to begin the process of U.S. citizenship renunciation or relinquishment, please email SingaporeCLN@state.gov. |
| Slovenia | Suspended | Response to e-mail inquiry:<br><br>Dear sir:<br>We are sorry to hear.  We are not currently offering this service, but if you are a resident of Slovenia we can put you on a list for when we do.<br>Sincerely,<br>Consular Section<br><br>U.S. Embassy, Ljubljana |
| South Africa | Suspended | Response to e-mail inquiry:<br><br>Good day,<br>Renunciations are currently suspended; we are offering limited services due to Covid-19. We do not have a timeline yet on when we will resume this service, please email us in a month to check if anything has changed.<br>Regards,<br><br>ACS Johannesburg - LC |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Sweden | Suspended | From website:<br><br>Please Note:  Renunciation services at U.S. Embassy Stockholm are currently suspended until our offices resume normal operations.  To protect the health and safety of our employees and visitors, the consular section at the U.S. Embassy in Stockholm is operating under limited staffing.<br><br>Please do not book a notary service appointment for renunciation of U.S. citizenship. We will not be able to serve any renunciation applicants that schedule and attend a notary appointment in pursuit of renunciation services.<br><br>We do not know when our office will resume conducting renunciation services.  We recommend that our customers enroll in the Smart Traveler Enrollment Program  (STEP) at step.state.gov to receive alerts and notifications from the U.S. Embassy, and check this webpage for future updates. |
| Switzerland | Effectively Suspended | Response to e-mail inquiry:<br><br>Greetings,<br>Thank you for your documents.  We hereby confirm that you are on the waiting list for an appointment.<br>Please note that we have a waiting list of over 600 customers and are scheduling appointments in the order in which we received the requests.  At the moment we are scheduling customers who contacted us in spring/summer 2020. It may yet be some time until we will be able to offer an appointment to you.<br>We will make every effort to schedule you as soon as possible.  Meanwhile we thank you for your patience and understanding.<br>Best Regards,<br>Stephen |
| Togo | Suspended | From website:<br><br>Due to the COVID-19 Pandemic, the Consular Section has had to reduce staffing and services in order to keep our applicants and staff safe. Embassy Togo's renunciation services are suspended until further notice. We apologize for the inconvenience. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Tonga | Suspended | Response to e-mail inquiry:<br><br>Dear Fabien Lehagre,<br>Thank you for your email below.<br>Due to COVID-19 emergency staffing levels at Embassy Suva, we are unable to schedule an appointment for your requested service.  Please also note, that the Renunciation of U.S. citizenship does not go into effect the day of the renunciation before a consular officer.  The renunciation must be approved by the Department in Washington D.C. which can take several months.<br>In the meantime, please review all the materials related to the ramifications of renouncing one's U.S. citizenship as informed on travel.state.gov.<br>Please provide the Embassy with the following information below:<br>Copy of your U.S. passport or birth certificate;<br>Current address/location;<br>Telephone number<br>The Embassy will inform you further once the above information is received.<br>Sincerely |
| Trinidad & Tobago | Suspended | Response to e-mail inquiry:<br><br>"Regrettably, the US Embassy Port of Spain is also unable to facilitate renunciation services at this time.<br>In the interim, your request will be wait-listed and we will contact you when appointments have resumed.<br>Thank you for your patience and understanding during these unprecedented times.<br>With Thanks,<br>American Citizens Services<br>U.S. Embassy<br>15 Queen's Park West<br>Port-of-Spain" |
| Turkey | Suspended | From website: |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | Due to health and safety concerns related to the COVID-19 global pandemic, the U.S. Embassy is not able to accept appointments for Loss of Nationality applications. We cannot provide a time-frame for when this service will resume, but will update this website when services resume. |
|---|---|---|
| Ukraine | Suspended | Response to e-mail inquiry:<br><br>Hello, currently we do not provide this service.<br>Kind regards,<br>American Citizen Services Unit<br>U.S. Embassy Kyiv, Ukraine |
| Uzbekistan | Suspended | Response to e-mail inquiry:<br><br>Dear Sir or Madam,<br>Thank you for your email. Please contact the U.S. Embassy/Consulate nearest to you, or get in touch with us if you ever relocate to our consular district. Given the epidemiological situation, we are unable to predict which consular services we will be able to offer in the future.<br>Thank you,<br>U.S. Citizen Services Unit<br>U.S. Embassy Tashkent |
| Venezuela | Suspended | From website:<br><br>Important Information: All consular services are suspended. For routine services such as U.S. passports, Consular Reports of Birth Abroad, and notarial services, visit the U.S. Embassy in Bogota (https://co.usembassy.gov/). |
| Yemen | Suspended | From website:<br><br>All Consular Services at Embassy Sanaa are suspended until further notice.  Notice: the U.S. Department of State has designated the U.S. Embassy in Riyadh, Kingdom of Saudi Arabia to handle American Citizens Services cases emanating out of Yemen, as well as process visas for Yemeni citizens. |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Belize | Suspended | Response to e-mail inquiry:<br><br>Good Morning :<br>Unfortunately, our Embassy is still not processing renunciation. There is no indicated as to when we will be resuming these services. We urge you to reach out to the consular district closest to you.<br>Sorry for any inconvenience caused.<br>Sincerely, K.C.G<br>U.S. Citizen Services • U.S. Embassy, Belize |
| Cabo Verde | Suspended | Response to e-mail inquiry:<br><br>Good morning,<br>Thank you for your e-mail. We inform you that US Embassy in Praia is not providing that service.<br>Kind regards,<br>U.S. Embassy Praia, Cabo Verde |
| Haiti | Suspended | Response to e-mail inquiry:<br><br>Good morning.<br>Thank you for your inquiry.<br>We at the American Citizen Services Unit, U.S Embassy Georgetown, Guyana are not yet accepting appointments for renunciation of U.S Citizenship, due to COVID-19 restrictions and mandatory reductions to our staffing pattern.<br>Please know we regularly evaluate our appointment offerings and the services we provide.<br>Further, when we do resume appointments, these services will be available for nationals of our jurisdiction (Guyana, Suriname, French Guyana, and Cuba) and will not be open for third country nationals.<br>Sincerely<br>American Citizen Services Unit<br>U.S. Embassy, Georgetown |

**Non-exhaustive list of U.S. missions that have suspended or partially suspended renunciation services**

| | | |
|---|---|---|
| Serbia | Suspended | Response to e-mail inquiry:<br><br>Greetings,<br>Due to COVID-19 situation, we have not resumed Renunciation of Citizenship services.<br>Kind regards, |
| Spain | Suspended | Response to e-mail inquiry:<br><br>Good afternoon,<br>Currently, we are not providing renunciation services. When we resume normal activities, we will announce it on our website, so please be sure to monitor our information.<br>Regards,<br>U.S. Embassy Madrid |
| Australia | Suspended | From website:<br><br>Routine services in Sydney and Melboure are currently suspended due to state government lockdowns. |