IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02933-TNM |

## NOTICE OF APPEARANCE

Please take notice that Laurel H. Lum, Civil Division, United States Department of Justice, hereby enters her appearance in this case on behalf of the defendants. Undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Dated:   December 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

TONY COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:   (202) 305-8177
Fax:   (202) 616-8470
E-mail:   laurel.h.lum@usdoj.gov
*Counsel for Defendants*