IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-02933-TNM |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendants, by and through undersigned counsel and with the consent of Plaintiffs, request an extension of time within which to respond to the Complaint. Good cause exists for the requested extension. Defendants address the items identified in Section 9(B) of the Court's standing order, ECF No. 8, as follows:

(i) The current deadline for Defendants to respond to Plaintiffs' Amended Complaint is Tuesday, January 18, 2022.

(ii) Defendants seek an extension of this deadline up to and including Friday, March 4, 2022, which is a 45-day extension.

(iii) Good cause exists for this extension. Two of the four counts in the Complaint are brought under the Administrative Procedure Act, and, particularly in light of the recent holidays and the need to consult with several U.S. embassies and consulates, Defendants require additional time to review the claims and to finish compiling the administrative record, which will inform Defendants' response to the Complaint. Undersigned counsel also has competing obligations in several other cases in the coming weeks, including a brief due on January 28, 2022, and multiple Rule 30(b)(6)

depositions to prepare for and defend.

(iv)   No prior extensions have been sought or granted.

(v)   No other deadlines have been set in this action.  The requested extension will have no impact on any other deadlines in this action.

(vi)   Because no other deadlines have been set in this action, the parties do not propose a schedule for other affected deadlines.

(vii)   Counsel for Plaintiffs has advised undersigned counsel that Plaintiffs do not oppose this motion.

Dated:   January 10, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:   (202) 305-8177
Fax:   (202) 616-8470
E-mail:   laurel.h.lum@usdoj.gov
*Counsel for Defendants*