IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*,

    Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

    Defendants.

Case No. 1:21-cv-02933-TNM

## [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that Defendants' motion is **GRANTED**, and Defendants' response is due on March 4, 2022.

So ordered on this ____ day of _____, 2022

_____
Trevor N. McFadden
United States District Judge