IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br>        *Defendants*. | Case No. 1:21-cv-2933-TNM |

## JOINT MOTION TO APPROVE SCHEDULING ORDER

The government intends to file a motion to dismiss and/or a motion for summary judgment no later than April 4, 2022. Plaintiffs intend to file an opposition to the government's motion. Plaintiffs are also considering submitting a cross-motion for summary judgment.

Counsel for the parties have consulted regarding a possible briefing schedule for the various motions, based on their own personal and professional schedules.

Accordingly, the parties jointly move this Court to grant the following scheduling order:

<u>April 4, 2022</u>:    Deadline for the government to file its motion to dismiss and/or motion for summary judgment.
<u>June 3, 2022</u>:    Deadline for Plaintiffs to file their opposition to the government's motions, including any cross-motion for summary judgment.
<u>July 1, 2022</u>:    Deadline for the government to file a joint reply and opposition to Plaintiffs' motions (if necessary).
<u>July 29, 2022</u>:    Deadline for Plaintiffs to file a reply (if necessary).

A proposed order is attached to this motion.

Date: March 31, 2022

Respectfully submitted,

/s/ Lawrence Marc Zell

| | |
|---|---|
| L. Marc Zell<br>D.C. Bar #959437<br>ZELL & ASSOCIATES INTERNATIONAL<br>ADVOCATES, LLC<br>1345 Ave. of the Americas<br>2nd Floor<br>New York, NY 10105<br>(212)-971-1349<br>Email:  mzell@fandz.com<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch<br><br>/s/ Laurel H. Lum<br>LAUREL H. LUM<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 305-8177<br>Email: laurel.h.lum@usdoj.gov<br><br>*Counsel for Defendants* |