IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF STATE, *et al.*,

    *Defendants*.

Case No. 1:21-cv-2933-TNM

### [PROPOSED] ORDER

Upon consideration of the parties Joint Motion to Approve Scheduling Order, it is hereby ORDERED that

    Defendants shall file their motion to dismiss and/or motion for summary judgment no later than April 4, 2022;

    Plaintiffs shall file their opposition to Defendants' motion(s) and any cross-motion for summary judgment no later than June 3, 2022;

    Defendants shall file their reply and, if necessary, their opposition to Plaintiffs' motion no later than July 1, 2022;

    Plaintiffs shall file their reply to Defendants' opposition, if necessary, no later than July 29, 2022.

So ordered on this ____ day of _____, 2022 _____

_____
Trevor N. McFadden
United States District Judge