IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-02933-TNM |

**DEFENDANTS' MOTION TO DISMISS, OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

　　Plaintiffs argue that the Department of State's delay in providing appointments for them to take an oath of renunciation of U.S. citizenship during the COVID-19 pandemic is unreasonable and unlawful. Their Amended Complaint raises claims under the Fifth Amendment's Due Process Clause and Sections 706(1) and 706(2)(C) of the Administrative Procedure Act.

　　Defendants hereby move pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56 for dismissal of Plaintiffs' Amended Complaint or, in the alternative, summary judgment for Defendants. The reasons for this Motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. A proposed order is filed concurrently herewith.

Dated:　April 4, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ANTHONY J. COPPOLINO
　　　　　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　*/s/ Laurel H. Lum*
　　　　　　　　　　　　　　　　　　　　LAUREL H. LUM
　　　　　　　　　　　　　　　　　　　　Trial Attorney (NY Bar No. 5729728)

                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L St. NW
                Washington, DC 20005
                Tel:   (202) 305-8177
                E-mail:   laurel.h.lum@usdoj.gov
                *Counsel for Defendants*