IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTALS, *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>      Defendants. | Case No. 1:21-cv-02933-TNM |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and all responses and replies thereto, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further **ORDERED** that the claims as to Plaintiff L'Association des Americains Accidentels are dismissed for lack of standing, Count IV of Plaintiff's Amended Complaint is dismissed for lack of jurisdiction, Counts I and II are dismissed for failure to state a claim upon which relief may be granted, and summary judgment is granted for Defendants on Count III.

So ordered on this ____ day of _____, 2022

 

                                                                                                    _____<br>
                                                                                                Trevor N. McFadden<br>
                                                                                                United States District Judge