IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br>*Defendants*. | Case No. 1:21-cv-2933-TNM |

## MOTION FOR EXTENSION OF TIME

Counsel for Plaintiffs respectfully request a 14-day extension, from May 3, 2022, to May 17, 2022, within which to file the Plaintiffs' brief to the government's Motion to Dismiss [ECF 17]. Counsel for the government, Laurel Lum, has indicated that she does not object to this request. As good cause for granting this motion, undersigned counsel states as follows:

1. Defendants were served with the Complaint on or around November 22, 2021.

2. After being provided multiple extensions, the government filed its current MTD on April 4, 2022, more than four months after being served.

3. Pursuant to this Court's current scheduling order, Plaintiffs must file their opposition papers no later than May 2, 2022. Under normal circumstances, undersigned counsel would be able to prepare a brief with the 30 days of time allotted to him. However, as a result of two scheduling conflicts, I need additional time.

4. First, I took a previously scheduled leave from April 10 to April 14 to be with my family.

5. Second, the Jewish Passover holiday falls between April 15 to April 22. As an observant Jew, I am unable to work at full capacity during that week.

6. Accordingly, the requested extension is necessary to provide me with adequate time to research the issues, review the record, prepare a brief that will be of maximum assistance to the Court.

7. A proposed order is attached to this motion.

<u>Date</u>: April 13, 2022.

Respectfully submitted,

*/s/ Lawrence Marc Zell*

_____
L. Marc Zell
D.C. Bar #959437
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
1345 Ave. of the Americas
2nd Floor
New York, NY 10105
(212)-971-1349
*Email:* mzell@fandz.com

*Counsel for Plaintiffs*