IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-2933-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Extension, it is hereby ORDERED that:

Plaintiffs shall file their opposition to Defendants' motion(s) and any cross-motion for summary judgment no later than May 17, 2022;

Defendants shall file their reply and, if necessary, their opposition to Plaintiffs' motion no later than June 15, 2022;

Plaintiffs shall file their reply to Defendants' opposition, if necessary, no later than July 1, 2022.

So ordered on this _____ day of _____, 2022 _____

_____
Trevor N. McFadden
United States District Judge