# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, *et al.*<br><br>*Plaintiffs*<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF STATE,<br>*et al.*<br><br>*Defendants.* | Civil Action No. 21-cv-2933-TNM<br><br>**ORAL ARGUMENT REQUESTED PER LCvR 78.1** |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, L'Association des Amèricains Accidentels *et al.,* by their counsel, in accordance with rule 56(a) of the Federal Rules of Civil Procedure ("FRCP"), respectfully move the Court for entry of an Order granting them summary judgment and denying Defendants' Motions for Dismissal and Summary Judgment.

This case involves a challenge to the Department of State's suspension of renunciation services under 8 U.S.C. §1481(a)(5). The lawsuit also challenges the government's waitlist policy to receive these services. In their First Amended Complaint, Plaintiffs contend that by suspending and delaying voluntary renunciation services, the government has violated their fundamental rights, under the Fifth Amendment's Substantive Due Process Clause (Counts I and II). In addition to the constitutional issues, Defendants' actions also run afoul of the

1

Administrative Procedure Act ("APA"), 5 U.S.C. §706(1) (Count IV) and 5 U.S.C. §706(2) (Count III).

Defendants moved to dismiss the lawsuit under Rule 12(b)(6) of the FRCP and, in the alternative, for summary judgment.

Plaintiffs oppose the government's Motion to Dismiss and its Motion for Summary Judgment. In addition, Plaintiffs submit this Cross-Motion for Summary Judgment.

The Court is respectfully referred to the accompanying Memorandum of Points and Authorities, exhibits, and declarations for further explication of the grounds for this Motion.

**WHEREFORE**, Plaintiffs respectfully request the Court to (a) deny Defendants' Motion to Dismiss; (b) deny Defendants' Motion for Summary Judgment; and (c) grant Plaintiffs' Cross-Motion for Summary Judgment.

A proposed order is filed together with this motion.

Dated: May 17, 2022

Respectfully submitted,

| */s/ L. Marc Zell* | */s/ Noam Schreiber* |
|---|---|
| L. Marc Zell | Noam Schreiber, *of counsel* |
| ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC | 34 Ben Yehuda St. |
| 1345 Ave. of the Americas | 15th Floor |
| 2nd Floor | Jerusalem, Israel 9423001 |
| New York, NY 10105 | 011-972-2-633-6300 |
| (212)-971-1349 | *Email*: schreiber.noam@gmail.com |
| *Email*: mzell@fandz.com | |

*Counsel for Plaintiffs*