# TABLE OF CONTENTS (Declarations)

| | | |
|---|---|---|
| 1 | Fabien Lehagre Declaration | 1-6 |
| 2 | Martin Kracklauer Declaration | 7-8 |
| 3 | Kristopher Lazarz Declaration | 9-10 |
| 4 | Sofiane Thoulon Declaration | 11-14 |
| 5 | Olivier Vaury Declaration | 15 |
| 6 | Carole Noyer Declaration | 16 |
| 7 | Nina Nelson Declaration | 17-18 |
| 8 | Dominique Dumant Declaration | 19 |
| 9 | Flore Dupoux Declaration | 20 |
| 10 | Deborah Lee Soloway Declaration | 21 |
| 11 | John Warren Heestand Declaration | 22 |
| 12 | Garret Russell Anderson Declaration | 23 |
| 13 | Esther Jenke Declaration | 24 |
| 14 | Patricia Anne O'Conner Gorlier Declaration | 25 |

| 15 | Bruce Newman Declaration | 26 |
|----|--------------------------|-----|
| 16 | Teresa Cumpston Bird Declaration | 27 |
| 17 | Frederique Boyer Declaration | 28-29 |
| 18 | Daniel Edward Neary Declaration | 30 |
| 19 | Jane Rachel Heller Declaration | 31 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**L'ASSOCIATION DES AMERICAINS ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

Civil Action No. 21-cv-2933-TNM

**U.S. DEPARTMENT OF STATE, ET AL.**

*Defendants.*

## DECLARATION

I, FABIEN LEHAGRE, do hereby declare as follows:

1. I am a dual-national, holding U.S. and French citizenship, residing in Le Vésinet, France.

2. I founded L'Association des Américains Accidentels ("AAA"), a Paris-based non-profit organization, in 2017, pursuant to the French Association Law. I currently serve as the president of AAA.

   - Attached is a true copy of AAA's Bylaws.

3. AAA's members include individuals described as "Accidental Americans." These "Accidental American" include individuals whom the U.S. deems to be American citizens as a result of being born in the U.S., but who have lived abroad most if not all of their lives as citizens of another country.

4. The goal of the AAA is to defend and represent the interests of persons holding American nationality, but residing outside the United States, against the harmful effects of the

001

extraterritorial nature of the U.S. law. *See*, in general, AAA's website, https://www.americains-accidentels.fr.

- *See also* Bylaws, §§2-3

5. AAA also maintains a Facebook page:

- https://www.facebook.com/groups/accidental.americans

6. In carrying out its mandate, AAA has campaigned against the $2,350 renunciation fee that is charged by the U.S. Dep't of State as a prerequisite to renounce U.S. citizenship. AAA has raised funds to challenge the fee in this Court.

- https://www.americains-accidentels.fr/page/1503405-lawsuit-against-state-department

7. AAA has also campaigned against the suspension and delay of renunciation services. It has raised funds to challenge the suspension and delay in this Court.

8. AAA is made up of a five-member board and a general assembly. Bylaws, §§9-11.

9. Members of the board are elected by the general assembly every two years. *Id*., §9. Board members serve on a volunteer basis. *Id*., §10.

10. The general assembly of AAA is made up of its members. *Id*., §11.

11. Membership in AAA is voluntary.  To become a member, an applicant must be approved by AAA's board and pay a fee. A request to join can be done by filing an online form on AAA's website. *See* Bylaws, §§6-7.

12. To date, AAA has 1,414 members.

13. Approximately 852 AAA members have indicated to me that they wish to renounce their U.S. citizenship. The following is a **partial** list of AAA members who wish to renounce their U.S. citizenship and have made an attempt to start the process:

1) Olivier Vaury

2) Carole Noyer

3) Nina Nelson

4) Carine Peirotes

5) Dominique Dumant

6) Marie-Lorraine Gandar

7) Daphne Howat

8) Flore Dupoux

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April May 15, 2022.



_____

**FABIEN LEHAGRE**

003

**STATUTS DE L'ASSOCIATION DES AMERICAINS ACCIDENTELS (AAA)**
**Modifiés par l'Assemblée Générale Ordinaire du 07 juin 2021**

## ARTICLE 1ER – DENOMINATION

Il est fondé entre les adhérents aux présents statuts une association régie par la loi du 1er juillet 1901 et le décret du 16 août 1901, ayant pour titre : **Association des américains accidentels** (**AAA**).

## ARTICLE 2 - OBJET

Cette association a pour objet la défense des intérêts des personnes physiques détenant la nationalité américaine en plus de celle de l'un des Etats membres de l'Union européenne, mais résidant hors des Etats-Unis, contre les effets néfastes du caractère extraterritorial de la législation américaine.

## ARTICLE 3 – MOYENS D'ACTION

Les moyens d'action de l'association sont notamment :
- Les actions de représentation d'intérêt auprès des pouvoirs publics français et américains et auprès des institutions européennes ;
- La réalisation de supports de communication ;
- L'organisation d'évènements ;
- La collaboration avec des professionnels du droit en vue de la mise à disposition d'informations juridiques à l'usage des adhérents ;
- L'action en justice pour la défense des intérêts des personnes de nationalité franco-américaine.

Les moyens énumérés ci-dessus sont indicatifs et non limitatifs.

## ARTICLE 4 - SIÈGE SOCIAL

Le siège social est fixé à Paris.

Il pourra être transféré par simple décision du bureau.

## ARTICLE 5 - DUREE

La durée de l'association est illimitée.

## ARTICLE 6 - COMPOSITION

L'association se compose de membres adhérents. Pour faire partie de l'association, il faut adhérer aux présents statuts, être agréé par le bureau et payer une cotisation dont le montant est publié dans le règlement intérieur.

## ARTICLE 7 – ADMISSION, RADIATION

Toute personne ayant atteint la majorité légale au sens de l'article 414 du Code civil peut acquérir la qualité de membre de l'association. Les candidatures sont agréées par le bureau qui statue, lors de chacune de ses réunions, sur les demandes d'admission présentées.

La qualité de membre se perd par :
a) La démission
b) Le décès
c) La radiation prononcée par le bureau pour non-paiement de la cotisation ou pour motif grave, l'intéressé ayant été invité à se présenter devant le bureau pour fournir des explications.

004

## ARTICLE 8. - RESSOURCES

Les ressources de l'association se composent : du bénévolat, des cotisations, de la vente de produits, de services ou de prestations fournies par l'association, de subventions éventuelles, des dons manuels, du mécénat ou de toute autre ressource qui ne soit pas contraire aux règles en vigueur.

## ARTICLE 9. – BUREAU

L'association est dirigée par un bureau de cinq membres, élus tous les deux ans par l'assemblée générale et rééligibles.

Le bureau est composé de :
- Un président chargé d'exécuter les décisions du bureau et d'assurer le bon fonctionnement de l'association ; il représente l'association dans tous les actes de la vie civile et est investi de tous pouvoirs à cet effet ; il convoque les assemblées générales ;
- Un trésorier chargé de la gestion de l'association et de tenir une comptabilité régulière de toutes les opérations ; il rend compte à l'assemblée générale qui statue sur sa gestion ;
- Un secrétaire chargé d'assurer, sur délégation du président, l'administration, l'organisation et le bon fonctionnement de l'association ;
- Deux secrétaires-adjoints chargés d'assister le secrétaire dans ses fonctions.

En cas de vacance, le bureau pourvoit provisoirement au remplacement de ses membres. Il est procédé à leur remplacement définitif par la plus prochaine assemblée générale.

Le bureau se réunit autant de fois qu'il le souhaite sur convocation du président. Les décisions sont prises à la majorité des voix ; en cas de partage égal, la voix du président est prépondérante.

Tout membre du bureau qui, sans excuse, n'aura pas assisté à trois réunions consécutives, pourra être considéré comme démissionnaire.

## ARTICLE 10. – BENEVOLAT DES ADMINISTRATEURS

Les fonctions de membres du bureau sont bénévoles ; seuls les frais occasionnés pour l'accomplissement du mandat sont remboursés sur présentation des pièces justificatives. Le rapport financier de l'assemblée générale ordinaire doit faire mention des remboursements des frais de mission, de déplacement ou de représentation payés à des membres du bureau.

## ARTICLE 11. – ASSEMBLEE GENERALE ORDINAIRE

L'assemblée générale ordinaire comprend tous les membres de l'association, avec ou sans droit de vote.

L'assemblée générale ordinaire se réunit au minimum chaque année, pour statuer sur les moments importants de la vie associative. Elle peut se réunir par visioconférence ou conférence téléphonique.

Quinze jours avant au moins ou avant la date fixée, les membres de l'association sont convoqués par les soins du président. L'ordre du jour est indiqué sur les convocations, et ne pourront être traités valablement que les points à l'ordre du jour.

Le président, assisté des membres du bureau, préside l'assemblée et expose la situation morale de l'association. Le trésorier rend compte de sa gestion et soumet le bilan à l'approbation de l'assemblée.

Ne prennent part au vote que les membres adhérents qui sont à jour du paiement de leur cotisation annuelle.

Les votes peuvent avoir lieu par correspondance, au moyen d'un formulaire électronique.

Les principales résolutions sont consignées dans un procès-verbal.

**ARTICLE 12. – ASSEMBLEE GENERALE EXTRAORDINAIRE**

Si besoin est, le président peut convoquer une assemblée générale extraordinaire, suivant les formalités prévues par l'article 11.

**ARTICLE 13. – REGLEMENT INTERIEUR**

Un règlement intérieur est établi par le bureau qui le fait approuver par l'assemblée générale. Ce règlement est destiné à fixer les divers points non prévus par les statuts, notamment ceux qui ont trait à l'administration interne de l'association.

**ARTICLE 14. – DISSOLUTION**

En cas de dissolution prononcée par les deux tiers au moins des membres présents à l'assemblée générale, un ou plusieurs liquidateurs sont nommés par celle-ci, et l'actif, s'il y a lieu, est dévolu conformément à l'article 9 de la loi du 1er juillet 1901 et au décret du 16 août 1901.

À Paris, le 07 juin 2021.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

**U.S. DEPARTMENT OF STATE, ET AL.**

*Defendants.*

Civil Action No. 21-cv-2933-TNM

## DECLARATION

I, Martin Kracklauer, do hereby declare as follows:

1. On March 29, 2022, I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Milan, Italy.

3. When I arrived, I was requested to sign duplicate copies of the form DS forms and to hand in my U.S. and Italian passports, a cardboard envelope, and pre-filled and pre-paid FedEx air waybill for the consulate to send me my Certificate of Loss of Nationality ("CLN") and invalidated U.S. passport.

4. I then proceeded to a cashier's window, where I paid the $2,350 renunciation fee by AMEX credit card.

5. After payment, I waited my turn to be called to my interview. I believe the interview was conducted by the vice-consul, who asked me whether I was renouncing voluntarily. I

responded in the affirmative and then he had me recite the renunciation oath.  He then put

a seal on the documents I signed earlier.

6.  From my signing the forms to my interview with the vice-consul, the entire process took

15 minutes at most, including waiting times for each of the steps.

7.  The interview with the vice-consult took perhaps five minutes.

8.  All interactions with consulate staff occurred behind plate glass barriers.

9.  Ahead of me in the queue was at least one other person who was there to renounce.

10. As far as I could tell, his process unfolded the same way and in the same time frame.

11. Approximately a week after my interview, I received e-mail notification that my request

to renounce U.S. citizenship and to receive a CLN has been approved.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.


Executed on _April 21_ , 2022.


Martin Kracklauer

008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.<br><br>*Plaintiffs*<br><br>*v.*<br><br>**U.S. DEPARTMENT OF STATE, ET AL.**<br><br>*Defendants.* | Civil Action No. 1:21-cv-2933-TNM |

## DECLARATION

I, KRISTOPHER LAZARZ, do hereby declare as follows:

1.       I am a U.S citizen, residing at Jahnplatz 6, Apt. K606, 49080 Osnabrueck, Germany.

2.       I have been trying to renounce my U.S. citizenship for the past few months without success.

3.       I have contacted the consulate in Frankfurt, Germany via e-mails and letters. However, all my e-mails and letters have been ignored.

4.       I also contacted other U.S. embassies throughout Europe with no success.

5.       Due to FATCA-related matters, my U.S. citizenship has prevented me from securing a mortgage to purchase a residence in Germany. Because of my U.S. citizenship, German banks refuse to extend me any loan to assist me in purchasing a residence, resulting in unstable housing.

009

6.      Securing funds to finance the purchase of a house has become essential for me and my family because my daughter, less than a year old, has already undergone open-heart surgery and has more surgeries looming in the horizon. Having a stable, secure residence is essential for my daughter's health and well-being.

7.      The U.S. government's suspension policy, coupled with the unbearable obstacles generated by FATCA, have created a cruel impasse for myself.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2021.

KRISTOPHER LAZARZ

010

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

L'ASSOCIATION DES AMÉRICAINS
ACCIDENTELS, ET AL.

    *Plaintiffs*

*v.*

**U.S. DEPARTMENT OF STATE, ET AL.**

    *Defendants.*

---

Civil Action No. 21-cv-2933-TNM

## **<u>DECLARATION</u>**

I, Sofiane Thoulon, do hereby declare as follows:

1. I was born in the United States on July 14, 1989, to two French parents. My parents were in the United States temporarily because my father's job.

2. I lived in the United States for one year.  I have never been back to the United States.

3. During my childhood, my parents had my American passport renewed until the age of 12. After that, the U.S. consulate explained that I would lose my U.S. nationality naturally if I did not return to live at least two years in the United States before my 14 or 18 birthday, I don't recall the exact details. I do know that I was no longer able to renew my American passport. From that time, I believed that I had lost my U.S. citizenship.

4. In 2015, I moved to Switzerland for my studies and I opened a bank account at Crédit Agricole Suisse. While opening the account, I was required to disclose my place of birth. A few days after I provided the bank with all the papers needed to open the account, a

representative of the bank called me and informed me that I could not open the account because it was not clear whether I had U.S. citizenship.

5.  Thereafter, I found another bank that enabled me to open an account.

6.  In 2016, I moved back to France.  I transferred my personal accounts to the Thonon les Bains savings bank. From that time on, I started to receive every six months, a bank document demanding me to identify my tax residence: to the extent I was a U.S. citizen, I had to provide a Tax Identification Number ("TIN") (such as a social security number).

7.  Not having a social security number, I only sent them the French supporting documents. This lasted for about 4 years.

8.  In 2020, I happened to be staying with my parents and decided to look for any documentation that might demonstrate that I was not a U.S. citizen. I could not find anything.

9.  I soon realized that I was not alone in my frustration.  On the internet, I read about people who are in a similar situation. I knew then that I had to do something. At that time, I was starting my master's degree and I preferred to wait for the end of my studies to pursue this matter.

10. For financial reasons, I changed banks in March 2020. My new bank demanded that I complete and sign a W-9 form. For one year, I managed to maintain an account in my new bank even though I did not have a social security number and could not complete the W-9 form.

11. However, in 2021, the bank unilaterally froze my account which effectively prevented me from receiving my salaries until I could complete the W-9 by providing a social security number.

012

12. At that point, I decided to commence the renunciation of citizenship procedure as well as requesting a social security number. However, as a result of COVID-19, the Embassy had suspended its services.

13. I was completely stuck: on the one hand, because of my U.S. citizenship, I could not maintain a bank account and my assets were frozen. On the other hand, I could not expatriate or get a social security number because the U.S. government suspended these services.

14. After some negotiations with my bank, I was able to obtain a one-year deadline to settle all this.

15. It was around this time that I learned of the organization, L'Association des Américains Accidentels ("AAA"). I immediately joined as a member.

16. In June 2021, my husband and I purchased an apartment.

17. Because of my accidental U.S. citizenship, no bank would extend me any credit. Luckily, due to our prenuptial agreement and the fact that we do not have a joint account, my husband (who does not hold U.S. citizenship) was able to secure the funds necessary for funding the purchase.

18. In January 2022, I was contacted by the bank which demanded that I provide a completed W-9. Because I could not comply (*i.e.*, I could not expatriate and I did not have a social security number), the bank closed my account.

19. Ultimately, I was able to maintain a foreign currency account at Crédit Mutuel subject to a €9 commission fee for each transfer received. It was the lesser evil. I could at least keep my job.

20. Since then, I managed to get an appointment at the U.S. Embassy in Paris to obtain a social security number on April 19th. I am therefore waiting to receive my card, which should

arrive within three months. I emphasize that I do not want a social security number and the only reason I applied for one is to enable me to conduct my daily life.

21. Due to the daily obstacles I face because of my U.S. citizenship, I have also applied to voluntarily renounce my U.S. citizenship. I have been waiting for well over a year for such an appointment without answer.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   05/10, 2022.

Sofiane Thoulon

014

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**L'ASSOCIATION DES AMERICAINS ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

**U.S. DEPARTMENT OF STATE, ET AL.**

*Defendants.*

---

Civil Action No. 21-cv-2933-TNM

## DECLARATION

I, Olivier Vaury, do hereby declare as follows:

1. I am a member of AAA.

2. I sent my sent renunciation documents, via email, to the U.S. mission in Paris in January 2022, and then a second time in April 2022.

3. I have not yet been scheduled an appointment.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   May 9th, 2022.

_____

Olivier Vaury

015

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.** | |
| *Plaintiffs* | |
| *v.* | Civil Action No. 21-cv-2933-TNM |
| **U.S. DEPARTMENT OF STATE, ET AL.** | |
| *Defendants.* | |

## DECLARATION

I, Carole Noyer, do hereby declare as follows:

1. I am a member of AAA.

2. In October 2020, the 13th, I sent various documents : copy of my US passport, oath/affirmation of renunciation of nationality of united states, informal acknoledgement, loss of citizenship questionnaire, statement of understanding concerning the consequences and ramifications of renunciation or relinquishment of u.s. nationality, copy of identity card, copy of my certificate of live birth to the U.S. mission in Paris, FRANCE and expressed my wish to renounce my U.S. citizenship.

3. I have not yet been scheduled an appointment to renounce.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6th may, 2022.

_____
Carole Noyer

016

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

L'ASSOCIATION DES AMÉRICAINS
ACCIDENTELS, ET AL.

*Plaintiffs*

*v.*

U.S. DEPARTMENT OF STATE, ET AL.

*Defendants.*

Civil Action No. 21-cv-2933-TNM

## <u>DECLARATION</u>

I, Nina Nelson, do hereby declare as follows:

1. I am a member of AAA.

2. I was born in 1955 in Indiana, U.S.A.

3. My mother was French, and my father was American. In our family, we were proud to be bi-cultural.

4. In 1967, when I was 12, my family moved to France. I have lived in France ever since, and I never returned to live in the United States. I studied here, brought up a family and made my life in France. I worked and retired in France. Both my parents are buried in France. My life is in France.

5. For most of my life, I never thought of giving up my U.S. citizenship.

6. However, everything began changing in or around 2010. That was the year when the U.S. passed the Foreign Account Tax Compliance Act ("FATCA"). At first, FATCA did not

017

impact me too much. But over the past several years, my life has changed considerably because of this bad law.

7. The most significant negative consequence of FATCA for me is financial. I was lucky to have made some investments before FATCA, because, as of today it has become difficult and sometimes impossible to invest money using a French bank. French banks routinely turned me down. French banks have simply told me that they did not want my business because of my U.S. citizenship. It was simply too complicated and costly for the banks to open and maintain an account for a U.S. citizen like me. It is impossible for me to open an online bank account in France nor in Europe.

8. Since FATCA, my U.S. citizenship has become a burden.  Daily, routine transactions, have become complicated and costly for people like me.  I am getting older and do not want to continue living through the permanent stress caused by FATCA.

9. It is for this reason, and more, that, after many years of hesitation and deliberation, I have made the painful decision to renounce my U.S. citizenship. This is neither easy nor pleasant.  In fact, it is a painful decision.

10. I am shocked that I will have to pay $2,350 to renounce.

11. I sent my request to renounce with accompanying documentation to the U.S. Embassy in Paris on April 1, 2022.

12. I also understand that the waitlist at the U.S. Embassy in Paris is between 12 to 18 months.

Executed on  May 6th, 2022.


Nina Nelson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.**<br><br>*Plaintiffs*<br><br>*v.*<br><br>**U.S. DEPARTMENT OF STATE, ET AL.**<br><br>*Defendants.* | Civil Action No. 21-cv-2933-TNM |

## DECLARATION

I, Dominique Dumant, do hereby declare as follows:

1. I am a member of AAA.

2. Beginning in December 2021, I sent various e-mails to the U.S. mission in [ENTER AMERICAN EMBASSY PARIS CITY, COUNTRY] expressing my wish to renounce my U.S. citizenship.

3. I have not yet been scheduled an appointment to renounce.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___May 5_____, 2022.

[SIGNATURE]

Dominique Dumant

019

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

**L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

**U.S. DEPARTMENT OF STATE, ET AL.**

*Defendants.*

Civil Action No. 21-cv-2933-TNM

---

## DECLARATION

I, Flore Dupoux, do hereby declare as follows:

1. I am a member of AAA.

2. I began renunciation process in December 2021 by email at renunciationparis@state.gov.

3. I have not yet been scheduled an appointment.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on   May the 5th, 2022.

_____

Flore Dupoux

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.**<br><br>*Plaintiffs*<br><br>*v.*<br><br>**U.S. DEPARTMENT OF STATE, ET AL.**<br><br>*Defendants.* | Civil Action No. 21-cv-2933-TNM |

## DECLARATION

I, Deborah Lee Soloway, do hereby declare as follows:

1. On 28 April 2022, I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Montreal, Canada.

3. My interview lasted approximately eight (8) minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 30 April, 2022.

**DEBORAH LEE SOLOWAY**

021

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.** | |
| *Plaintiffs* | |
| *v.* | Civil Action No. 21-cv-2933-TNM |
| **U.S. DEPARTMENT OF STATE, ET AL.** | |
| *Defendants.* | |

### DECLARATION

I, ,John Warren Heestand do hereby declare as follows:

1. On 28 March, 2022, I attended my interview to voluntarily renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Yerevan, Armenia.

3. My interview lasted approximately 5 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   7 May, 2022.

[SIGNATURE]

John Warren Heestand

022

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**L'ASSOCIATION DES AMERICAINS ACCIDENTELS, ET AL.**

       *Plaintiffs*

v.

**U.S. DEPARTMENT OF STATE, ET AL.**

       *Defendants.*

Civil Action No. 21-cv-2933-TNM

---

## DECLARATION

I, Garrett Russell ANDERSON, do hereby declare as follows:

1.  On June 8, 2018, I attended my interview to voluntary renounce my U.S. citizenship.

2.  The interview took place at the U.S. embassy in Paris, France.

3.  My interview lasted approximately 5 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2022.

_____

Garrett Russell ANDERSON

023

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**L'ASSOCIATION   DES   AMÉRICAINS
ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

**U.S. DEPARTMENT OF STATE, ET AL.**

*Defendants.*

Civil Action No. 21-cv-2933-TNM

---

## DECLARATION

I, Esther Jenke, do hereby declare as follows:

1. On 28 November 2018, I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Frankfurt, Germany.

3. My interview lasted approximately 10 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   20 April 2022.

Esther Jenke

024

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.** <br><br> *Plaintiffs* <br><br> *v.* <br><br> **U.S. DEPARTMENT OF STATE, ET AL.** <br><br> *Defendants.* | Civil Action No. 21-cv-2933-TNM |

**DECLARATION**

I, Patricia Anne O'Connor Gorlier, do hereby declare as follows:

- On November 20, 2019, I attended my interview to voluntary renounce my U.S. citizenship.

- The interview took place at the U.S. consulate in PARIS, FRANCE..

- My interview lasted approximately 5 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2022.

Patricia Anne O'Connor Gorlier

1

025

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**L'ASSOCIATION   DES   AMÉRICAINS
ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

Civil Action No. 21-cv-2933-TNM

**U.S. DEPARTMENT OF STATE, ET
AL.**

*Defendants.*

## DECLARATION

I, Bruce Evans Newman, do hereby declare as follows:

1. On March 26, 2012 I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in [Halifax, Nova Scotia, Canada].

3. My interview lasted approximately 10 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed on   April 20, 2022.

Bruce Evans Newman

026

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.** | |
| *Plaintiffs* | |
| *v.* | Civil Action No. 21-cv-2933-TNM |
| **U.S. DEPARTMENT OF STATE, ET AL.** | |
| *Defendants.* | |

## DECLARATION

I, Teresa Anne Geralynn CUMPSTON BIRD, do hereby declare as follows:

1. On 1 July 2021, I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Melbourne, Australia.

3. My interview lasted approximately ten minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 23 April, 2022.

*Teresa Cumpston Bird*

Teresa Anne Geralynn CUMPSTON BIRD

027

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **L'ASSOCIATION   DES   AMÉRICAINS ACCIDENTELS, ET AL.**<br><br>*Plaintiffs*<br><br>*v.*<br><br>**U.S. DEPARTMENT OF STATE, ET AL.**<br><br>*Defendants.* | Civil Action No. 21-cv-2933-TNM |

### DECLARATION

I, Frédérique BOYER do hereby declare as follows:

- On June 12, 2018, I attended my interview to voluntary renounce my U.S. citizenship.

- The interview took place at the U.S. consulate in Marseille, FRANCE.

- My interview lasted approximately 5 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2022.

1

028



Frédérique BOYER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.**<br><br>*Plaintiffs*<br><br>*v.*<br><br>**U.S. DEPARTMENT OF STATE, ET AL.**<br><br>*Defendants.* | Civil Action No. 21-cv-2933-TNM |

### DECLARATION

I, Daniel Edward Neary, do hereby declare as follows:

1. On March 3, 2022, I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Kuala Lumpur, Malaysia.

3. My interview lasted approximately 5 minutes.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   April 24, 2022.

Daniel Edward Neary

030

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, ET AL.**

*Plaintiffs*

*v.*

**U.S. DEPARTMENT OF STATE, ET AL.**

*Defendants.*

</td><td>

Civil Action No. 21-cv-2933-TNM

</td></tr>
</table>

## <u>DECLARATION</u>

I, Jane Rachel Heller, do hereby declare as follows:

1. On [ovember 18, 2015, I attended my interview to voluntary renounce my U.S. citizenship.

2. The interview took place at the U.S. consulate in Amsterdam, the Netherlands.

3. My interview lasted approximately 10 minutes in total, with wait periods of about 5-10 minutes between the parts of the interview.

Pursuant to 28 U.S.C. §1746(1), I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  April 25, 2022.

[Jane Rachel Heller]

031