# Visa Appointment Wait Times

Advance travel planning and early visa application are important. If you plan to apply for a nonimmigrant visa to come to the United States as a temporary visitor, please review the current wait time for an interview using the tool below. *Not all visa applications can be completed on the day of the interview; please read the information below for more details.*

A wait time listed as "999 calendar days" indicates that the Consular Section is only providing that service to emergency cases. Please check the Embassy or Consulate website for further information.

**Select a U.S. Embassy or Consulate:**

**Bern**

| Nonimmigrant Visa Type | Appointment Wait Time |
| --- | --- |
| Visitor Visa | 129 Calendar Days |
| Student/Exchange Visitor Visas | 45 Calendar Days |
| All Other Nonimmigrant Visas | 65 Calendar Days |

[See details on appointment availability and processing times](#)

## Wait Time for Interview

The estimated wait time to receive an interview appointment at a U.S. Embassy or Consulate can change weekly and is based on actual incoming workload and staffing. These are estimates only and do not guarantee the availability of an appointment.