UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, *et al.*

*Plaintiffs*

v.

UNITED STATES DEPARTMENT OF STATE, *et al.*

*Defendants.*

Civil Action No. 21-cv-2933-TNM

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss and Summary Judgment, Plaintiffs' Opposition thereto, and Plaintiffs' Cross-Motion for Summary Judgment, and all responses and replies thereto, and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Cross-Motion for Summary Judgment is **GRANTED**.

So ordered on this _____ day of _____, 2022.

_____
Trevor N. McFadden
United States District Judge