IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br><br>*Defendants*. | Case No. 1:21-cv-2933-TNM |

**MOTION FOR EXTENSION OF TIME**

Counsel for Plaintiffs respectfully request a 7-day extension, from June 22, 2022, to June 29, 2022, within which to file their reply brief to the government's opposition [ECF 22]. Counsel for the government has indicated that she does not object to this request. As good cause for granting this motion, undersigned counsel states as follows:

1. Pursuant to this Court's current scheduling order, Plaintiffs must file their reply papers no later than June 22, 2022, seven days after the filing of the government's opposition [*see* April 13, 2022, Minute Order].

2. Counsel for Plaintiffs are currently involved in intense settlement negotiations in connection with a case currently pending in the United States District Court for the District of New Jersey. Undersigned counsel, a resident of Israel, is

currently in New York, participating in a marathon of meetings, and is expected to return to his office on Monday, June 20, 2022.

3. The requested brief extension is necessary to provide me with adequate time to review the government's 29-page opposition (including an 11-page supplemental declaration), research the issues and prepare a brief that will be of maximum assistance to the Court.

4. A proposed order is attached to this motion.

<u>Date</u>: June 17, 2022.

    Respectfully submitted,

    */s/ Lawrence Marc Zell*

    _____
    L. Marc Zell
    D.C. Bar #959437
    ZELL & ASSOCIATES INTERNATIONAL
    ADVOCATES, LLC
    1345 Ave. of the Americas
    2nd Floor
    New York, NY 10105
    (212)-971-1349
    Email:  mzell@fandz.com

    *Counsel for Plaintiffs*