IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants.* | Case No. 1:21-cv-2933-TNM |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Extension dated June 17, 2022, it is hereby ORDERED that:

Plaintiffs shall file their reply to Defendants' opposition [ECF 22] no later than June 29, 2022;

So ordered on this ____ day of _____, 2022 _____

_____
Trevor N. McFadden
United States District Judge