*FY 2020 data are preliminary and subject to change.*

### Worldwide NIV Workload by Visa Category FY 2020

| Visa Category | Issued | Refused | Total Applications |
|---|---|---|---|
| A1 | 7,106 | 577 | 7,683 |
| A2 | 48,358 | 2,631 | 50,989 |
| A3 | 415 | 115 | 530 |
| B1 | 17,919 | 3,789 | 21,708 |
| B1/B2 | 2,164,021 | 1,003,430 | 3,167,451 |
| B2 | 5,276 | 2,224 | 7,500 |
| BBBCC | 625,726 | 202,069 | 827,795 |
| BBBCV | 36,810 | 3,440 | 40,250 |
| C1 | 5,228 | 1,516 | 6,744 |
| C1/D | 161,076 | 9,816 | 170,892 |
| C2 | 1 | 3 | 4 |
| C3 | 2,355 | 57 | 2,412 |
| CW1 | 975 | 134 | 1,109 |
| CW2 | 140 | 32 | 172 |
| D | 6,597 | 203 | 6,800 |
| E1 | 3,278 | 447 | 3,725 |
| E2 | 23,493 | 3,266 | 26,759 |
| E2C | 27 | 1 | 28 |
| E3 | 3,144 | 99 | 3,243 |
| E3D | 2,267 | 36 | 2,303 |
| E3R | 1,775 | 18 | 1,793 |
| F1 | 111,387 | 50,490 | 161,877 |
| F2 | 9,818 | 4,798 | 14,616 |
| G1 | 3,754 | 438 | 4,192 |
| G2 | 5,026 | 829 | 5,855 |
| G3 | 162 | 23 | 185 |
| G4 | 13,749 | 385 | 14,134 |
| G5 | 149 | 34 | 183 |
| H1B | 124,983 | 3,525 | 128,508 |
| H1B1 | 1,083 | 22 | 1,105 |
| H1C | 0 | 1 | 1 |
| H2A | 213,394 | 15,545 | 228,939 |
| H2B | 61,865 | 6,304 | 68,169 |
| H3 | 475 | 85 | 560 |
| H4 | 66,323 | 1,842 | 68,165 |
| I | 4,888 | 482 | 5,370 |
| J1 | 108,510 | 11,914 | 120,424 |
| J2 | 15,232 | 1,027 | 16,259 |
| *K1 | 16,849 | 5,143 | 21,992 |
| *K2 | 2,460 | 55 | 2,515 |
| *K3 | 2 | 6 | 8 |
| *K4 | 4 | 1 | 5 |

*FY 2020 data are preliminary and subject to change.*

### Worldwide NIV Workload by Visa Category FY 2020

| Visa Category | Issued | Refused | Total Applications |
|---|---|---|---|
| L1 | 35,942 | 3,344 | 39,286 |
| L2 | 35,710 | 1,840 | 37,550 |
| M1 | 3,928 | 1,134 | 5,062 |
| M2 | 119 | 30 | 149 |
| N8 | 8 | 4 | 12 |
| N9 | 2 | 3 | 5 |
| NATO1 | 6 | 0 | 6 |
| NATO2 | 5,199 | 36 | 5,235 |
| NATO4 | 110 | 1 | 111 |
| NATO5 | 14 | 0 | 14 |
| NATO6 | 437 | 4 | 441 |
| NATO7 | 1 | 0 | 1 |
| O1 | 8,838 | 432 | 9,270 |
| O2 | 3,919 | 228 | 4,147 |
| O3 | 2,658 | 133 | 2,791 |
| P1 | 11,710 | 649 | 12,359 |
| P2 | 48 | 1 | 49 |
| P3 | 3,585 | 552 | 4,137 |
| P4 | 968 | 71 | 1,039 |
| Q1 | 755 | 74 | 829 |
| R1 | 1,732 | 375 | 2,107 |
| R2 | 667 | 246 | 913 |
| S7 | 0 | 1 | 1 |
| T2 | 33 | 3 | 36 |
| T3 | 131 | 16 | 147 |
| T4 | 18 | 1 | 19 |
| T5 | 14 | 6 | 20 |
| T6 | 24 | 2 | 26 |
| TD | 6,055 | 326 | 6,381 |
| TN | 13,771 | 1,438 | 15,209 |
| U1 | 79 | 77 | 156 |
| U2 | 71 | 33 | 104 |
| U3 | 544 | 194 | 738 |
| U4 | 6 | 15 | 21 |
| U5 | 8 | 7 | 15 |
| | | | |
| GRAND TOTAL | 4,013,210 | 1,348,128 | 5,361,338 |

The refused totals reflect applications that remained in a refused status at the end of the reporting period (fiscal year).

*FY 2020 data are preliminary and subject to change.*

| Worldwide NIV Workload by Visa Category FY 2020 | | | |
|---|---|---|---|
| **Visa Category** | **Issued** | **Refused** | **Total Applications** |
| *K1-K4 visas are preprocessed in the immigrant operating system then transmitted to the nonimmigrant operating system once a case has been deemed eligible for visa issuance. The current K1-K4 data reflect processing actions which occurred in both operating systems. | | | |