## Worldwide NIV Workload by Visa Category FY 2021

| Visa Category | Issued | Refused | Total Applications |
|---|---|---|---|
| A1 | 9,171 | 593 | 9,764 |
| A2 | 47,027 | 3,397 | 50,424 |
| A3 | 696 | 124 | 820 |
| B1 | 13,449 | 1,750 | 15,199 |
| B1/B2 | 814,957 | 164,616 | 979,573 |
| B2 | 2,492 | 1,786 | 4,278 |
| BBBCC | 470,501 | 18,665 | 489,166 |
| BBBCV | 42,388 | 4,127 | 46,515 |
| C1 | 3,790 | 658 | 4,448 |
| C1/D | 158,018 | 4,893 | 162,911 |
| C2 | 4 | 6 | 10 |
| C3 | 2,507 | 77 | 2,584 |
| CW1 | 400 | 23 | 423 |
| CW2 | 129 | 6 | 135 |
| D | 2,497 | 129 | 2,626 |
| E1 | 4,851 | 298 | 5,149 |
| E2 | 33,129 | 2,683 | 35,812 |
| E2C | 20 | 0 | 20 |
| E3 | 2,309 | 80 | 2,389 |
| E3D | 1,623 | 41 | 1,664 |
| E3R | 1,092 | 14 | 1,106 |
| F1 | 357,839 | 88,583 | 446,422 |
| F2 | 19,820 | 9,475 | 29,295 |
| G1 | 5,028 | 475 | 5,503 |
| G2 | 3,772 | 369 | 4,141 |
| G3 | 171 | 6 | 177 |
| G4 | 15,016 | 472 | 15,488 |
| G5 | 83 | 23 | 106 |
| H1B | 61,569 | 4,738 | 66,307 |
| H1B1 | 1,586 | 35 | 1,621 |
| H2A | 257,898 | 11,865 | 269,763 |
| H2B | 95,053 | 5,911 | 100,964 |
| H3 | 382 | 63 | 445 |
| H4 | 55,444 | 2,607 | 58,051 |
| I | 4,550 | 340 | 4,890 |
| J1 | 129,662 | 11,849 | 141,511 |
| J2 | 18,961 | 1,182 | 20,143 |
| K1 | 19,218 | 4,155 | 23,373 |
| K2 | 2,699 | 108 | 2,807 |
| K3 | 2 | 3 | 5 |
| L1 | 24,863 | 1,543 | 26,406 |

## Worldwide NIV Workload by Visa Category FY 2021

| Visa Category | Issued | Refused | Total Applications |
|---|---|---|---|
| L2 | 30,354 | 1,297 | 31,651 |
| M1 | 4,554 | 1,265 | 5,819 |
| M2 | 219 | 76 | 295 |
| N8 | 10 | 5 | 15 |
| N9 | 1 | 1 | 2 |
| NATO1 | 26 | 0 | 26 |
| NATO2 | 6,977 | 54 | 7,031 |
| NATO3 | 1 | 0 | 1 |
| NATO4 | 70 | 0 | 70 |
| NATO5 | 10 | 0 | 10 |
| NATO6 | 496 | 9 | 505 |
| NATO7 | 2 | 0 | 2 |
| O1 | 7,294 | 639 | 7,933 |
| O2 | 2,870 | 220 | 3,090 |
| O3 | 2,838 | 206 | 3,044 |
| P1 | 8,825 | 415 | 9,240 |
| P2 | 13 | 1 | 14 |
| P3 | 743 | 197 | 940 |
| P4 | 972 | 55 | 1,027 |
| Q1 | 98 | 26 | 124 |
| R1 | 1,942 | 333 | 2,275 |
| R2 | 835 | 209 | 1,044 |
| T2 | 32 | 2 | 34 |
| T3 | 173 | 14 | 187 |
| T4 | 28 | 1 | 29 |
| T5 | 29 | 4 | 33 |
| T6 | 17 | 0 | 17 |
| TD | 11,919 | 449 | 12,368 |
| TN | 24,904 | 2,704 | 27,608 |
| U1 | 138 | 79 | 217 |
| U2 | 96 | 43 | 139 |
| U3 | 894 | 152 | 1,046 |
| U4 | 17 | 10 | 27 |
| U5 | 20 | 6 | 26 |
| GRAND TOTAL | 2,792,083 | 356,240 | 3,148,323 |

The refused totals reflect applications that remained in a refused status at the end of the reporting period (fiscal year).

| Worldwide NIV Workload by Visa Category FY 2021 | | | |
|---|---|---|---|
| **Visa Category** | **Issued** | **Refused** | **Total Applications** |
| *K1-K4 visas are preprocessed in the immigrant operating system then transmitted to the nonimmigrant operating system once a case has been deemed eligible for visa issuance. The current K1-K4 data reflect processing actions which occurred in both operating systems. | | | |