UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMERICAINS ACCIDENTELS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | Case No. 1:20-CV-02933 (TNM) |

## ORDER

Upon consideration of the parties' motions and the briefs and attachments in opposition and support, the law, and the entire record here, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' [17] Motion to Dismiss or, In the Alternative, for Summary Judgement is GRANTED. The Court grants summary judgment to Defendants on Plaintiffs' claim brought under the Administrative Procedure Act and dismisses Plaintiffs' Fifth Amendment claim. It is further

**ORDERED** that Plaintiffs' [19] Cross Motion for Summary Judgment is DENIED.

This is a final, appealable Order. The Clerk of Court is requested to close this case.

**SO ORDERED**.

Dated: September 28, 2022

TREVOR N. McFADDEN, U.S.D.J.