UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'ASSOCIATION DES AMÉRICAINS ACCIDENTELS, *et al.*<br><br>*Plaintiffs*<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*<br><br>*Defendants.* | Civil Action No. 21-cv-2933-TNM |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs L'association Des Américains Accidentels, et al. hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on September 28, 2022 (ECF 26) and the Memorandum Opinion entered pursuant thereof (ECF 25).

Respectfully submitted,

Date: September 29, 2022

/s/ *Lawrence Marc Zell*
_____
Lawrence Marc Zell (DC Bar # 959437)
**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**
1345 Ave. of the Americas,
2nd Floor,
New York, NY 10105
e-mail: mzell@fandz.com
*Counsel for Plaintiffs*